UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF,<br><br>    Petitioner,<br><br>    v.<br><br>SIRCOYA M. WILLIAMS,<br><br>    Respondent. | Case No. 25-cv-06988-JCS<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner, who is housed at the California Medical Facility in Vacaville, California. Because he challenges a conviction he received in Merced County, this action is TRANSFERRED to the Eastern District of California, where Merced County is located. 28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: November 12, 2025

JOSEPH C. SPERO
United States Magistrate Judge